UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
(Jonesboro)

Jimmy Peden

v.                 3:18-cv-00192 DPM

Transworld Systems Inc

## CLERKS ORDER

The application for extension is GRANTED. The time to answer, move, or ortherwise reply is extended to:

December 18, 2018.

                              JAMES W. McCORMACK, Clerk
                              <u>by: /s/ Jake Kornegay</u>
                                    Deputy Clerk