# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMY PEDEN                                                                 PLAINTIFF

v.                                    No. 3:18-cv-192-DPM

TRANSWORLD SYSTEMS INC.                                        DEFENDANT

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 25 March 2019 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

25 February 2019